# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.     NO.  4:99CR00044-001  SWW | |
| THOMAS LEE GOLDMAN | DEFENDANT |

## ORDER

Pending before the Court is the government's motion to dismiss the superseding motion to revoke supervised release against the above named defendant in this matter. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to dismiss the pending superseding motion to revoke supervised release [doc #87] is **granted**. The superseding motion to revoke supervised release [doc #81] is **dismissed without prejudice.**

DATED this 9th day of November 2015.

/s/Susan Webber Wright
United States District Judge