# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.                          NO. 4:99CR00044-001 SWW

THOMAS LEE GOLDMAN                                         DEFENDANT

## ORDER

The above entitled cause came on for hearing June 20, 2017 on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based on the statements and admissions made on the record, the Court found that the defendant has violated the conditions of supervised release without just cause. However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of his supervised release.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special condition:

1. Defendant must report immediately to Crowley's Ridge Development Council in Jonesboro, Arkansas under the guidance and supervision of the U. S. Probation Office. Upon successful completion of residential treatment, the defendant will enter chemical free living for a period of time to be determined by the U. S. Probation Office.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

Defendant shall remain in custody until he can secure a ride to the facility by a family member. If the defendant has not been picked up by 3:00 p.m., the U. S. Marshal Service will return defendant to custody in Mason, Tennessee until transport to the facility can be secured.

IT IS FURTHER ORDERED that the motion to revoke [doc #93] is dismissed without prejudice.

DATED this 20th day of June 2017.

/s/Susan Webber Wright
United States District Judge